UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 8:26-MJ-00344 |
| Plaintiff, | ) |
| | ) ORDER OF DETENTION AFTER |
| v. | ) HEARING [Fed. R. Crim. P. 32.1(a)(6);18 |
| | ) U.S.C. § 3143(a)] |
| JUSTICE LONG, | ) |
| Defendant. | ) |

The defendant having been arrested pursuant to a warrant issued by the United States District Court for the District of South Dakota for alleged violations of the terms and conditions of supervision; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), the Court finds that:

A. ( X ) The defendant has not met defendant's burden of establishing by clear and convincing evidence that defendant is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: *nature of current allegations, including alleged commission of new offenses a short time after release from custody, illegal drug use, and failure to timely report law enforcement contacts; prior criminal history.*

and

B. ( X ) The defendant has not met defendant's burden of establishing by clear and convincing evidence that he is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: *nature of current allegations, including alleged commission of new offenses a short time after release from custody, illegal drug use, and failure to timely report law enforcement contacts; prior criminal history.*

IT THEREFORE IS ORDERED that the defendant be detained pending further revocation proceedings.

Dated: _May 19, 2026_

_____
JOHN D. EARLY
United States Magistrate Judge

2